Randall H Davis, SBN 178404
Dun & Martinek LLP
2313 I Street (zip-95501)
P.O. Box 1266
Eureka, CA 95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251

Attorney for Defendant,
KEITH DOWNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 3:14-XR-90452-NJV |
| Plaintiff, | **STIPULATION TO RECALL ARREST WARRANT; ORDER [Proposed]** |
| vs. | |
| KEITH DOWNING, | |
| Defendant. | |

    The United States, by and through its counsel of record, Assistant United States Attorney Marc Price Wolf, and defendant Keith Downing, by and through his counsel, Randall H Davis, hereby stipulate that Keith Downing was ordered to perform 15 hours of community service. On or about September 11, 2014, he completed that service as evidenced by the Notice of Completion filed with the Court on September 19, 2014. In the Spring of 2014, Keith Downing did not appear in court for a

follow-up hearing, and the court issued a warrant for his arrest.  It is hereby agreed that Keith Downing has completed his court ordered community service work and all conditions of his plea agreement.  As such it is agreed that the Court's warrant should be recalled and this matter should be dropped from calendar.

Respectfully submitted,

Dated: September 26, 2014     DUN & MARTINEK LLP

/ s /

RANDALL H DAVIS
Attorney for Keith Downing

Dated: September 26, 2014     MELINDA HAAG
United States Attorney

/ s /

MARC PRICE WOLF
Special Assistant United States Attorney

**ORDER**

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that Keith Downing has completed his court ordered community service work and all conditions of his plea agreement, and that the Court's warrant shall be recalled and this matter shall be dropped from calendar.

**DATE:** September 29, 2014

THE HON. NANDOR VADAS
United States Magistrate Judge